IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| TISHA DICKSON,           ) | |
|                          ) | |
|     Plaintiff,           ) | |
|                          ) | CIVIL ACTION NO. |
|     v.                   ) | 2:04cv1050-T |
|                          ) | (WO) |
| LABCORP,                 ) | |
|                          ) | |
|     Defendant.           ) | |

ORDER

It is ORDERED that defendant Labcorp's motion to strike (Doc. No. 17) is denied under the conditions set forth below.

In resolving the pending summary-judgment motion, the court has implicitly considered the motion to strike as a notice of objections to the testimony described.  See Norman v. Southern Guar. Ins. Co., 191 F.Supp.2d 1321, 1328 (M.D. Ala. 2002); Anderson v. Radisson Hotel Corp., 834 F.Supp. 1364, 1368 n.1 (S.D. Ga. 1993).  The court is capable of sifting evidence, as required by the summary-judgment standard, without resort to an

exclusionary process, and the court will not allow the summary-judgment stage to degenerate into a battle of motions to strike.

DONE, this the 18th day of October, 2005.

          /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE